# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: | Case No.: 10-03640 S |
| **HECTOR A LOPEZ OTERO** <br> **WENDDYS RIOS HARRISON** | Chapter 13 |
| Debtor(s) | |

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to adjust payment schedule and provide for unsecured co debtor claims.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 10th day of May of 2010.**

                                                    JPC LAW OFFICE

                                                    José M Prieto Carballo, Esq.
                                                    P.O. Box 363565
                                                    San Juan, P.R. 00936-3565
                                                    Tel (787) 607-2066 & Tel (787) 607-2166
                                                    jpc@jpclawpr.com

                                                    By: /s/ Jose M Prieto Carballo,  Esq.

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                                              Case No. 1003640 S

LOPEZ OTERO, HECTOR A & RIOS HARRISON, WENDDYS            Chapter 13
                                     Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: 5/10/2010
    ☐ PRE ☐ POST-CONFIRMATION            Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 1,000.00 x 60 = $ 60,000.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

                               TOTAL: $ 60,000.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

        PROPOSED BASE: $ 60,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,764.00

Signed: **/s/ HECTOR A LOPEZ OTERO**
              Debtor

              **/s/ WENDDYS RIOS HARRISON**
              Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____    Cr. _____    Cr. _____
 # _____    # _____    # _____
 $ _____    $ _____    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
 # _____    # _____    # _____
 $ _____    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
 # _____    # _____    # _____
 $ _____    $ _____    $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
    CAMUYCOOP         CAMUYCOOP
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
    BPPR
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☑ Co-debtor Claims / ☐ Other: _____
             ☑ Paid 100% / ☐ Other: _____
Cr. CAMUYCOOP    Cr. CAMUYCOOP    Cr. _____
 # 3080123    # 3767621    # _____
 $ 13,203.58    $ 7,646.30    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

Attorney for Debtor Jose Prieto                                   Phone: (787) 607-2066

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing          US Bankruptcy Court District of P.R.     BPPR
0104-3                                   U.S. Post Office and Courthouse Building P O BOX 362708
Case 10-03640-SEK13                      300 Recinto Sur Street, Room 109         SAN JUAN, PR 00936-2708
District of Puerto Rico                  San Juan, PR 00901-1964
Old San Juan
Mon May 10 11:44:23 AST 2010

CAMUYCOOP                                CAMUYCOOP                                CITI FINANCIAL RETAIL SERV
300 AVE BALTAZAR JIMENEZ                 300 BALTAZAR JIMENEZ                     P O BOX 71328
CAMUY, PR  00627                         CAMUY, PR  00627                         SAN JUAN, PR  00936-8428


DEPT HACIENDA DE PR                      DISNEYREWARDS                            DTOP
P O BOX 9024140                          P O BOX 94014                            P O BOX 41269
SAN JUAN, PR  00902-4140                 PALATINE, IL 60094-4014                  SAN JUAN, PR 00940-1269


GAP                                      HOME DEPOT                               IRS
G E MONEY BANK                           P O BOX 653000                           PO BOX 21125
P O BOX 530942                           DALLAS, TX  75265-3000                   PHILADELPHIA, PA  19114-0325
ATLANTA, PR  30353-0942


MACY                                     SEARS CREDIT CARD                        WALMART
DSNB                                     P O BOX 183081                           GE MONEY BANK
P O BO X689195                           COLUMBUS, OH  43218-3081                 ATLANTA, GA  30353-0927
DES MOINES, IA  50368-9195


HECTOR A LOPEZ OTERO                     JOSE M PRIETO CARBALLO                   JOSE RAMON CARRION MORALES
223 PLAZUELA ESTATE                      JPC LAW OFFICE                           PO BOX 9023884
BARCELONETA, PR 00617                    PO BOX 363565                            SAN JUAN, PR 00902-3884
                                         SAN JUAN, PR 00936-3565


MONSITA LECAROZ ARRIBAS                  WENDDYS RIOS HARRISON                    End of Label Matrix
OFFICE OF THE US TRUSTEE (UST)           223 PARZUELA ESTATE                      Mailable recipients    19
OCHOA BUILDING                           BARCELONETA, PR 00617                    Bypassed recipients     0
500 TANCA STREET  SUITE 301                                                       Total                  19
SAN JUAN, PR 00901-1938
```